# Exhibit A



**Sun Terminals, Inc.**
4610 McIntosh Road
Fort Lauderdale, FL 33316
Tel: (305)597-1391
Fax: (305)597-1391

June 9, 2020

Mr. Camilo Hernandez
17826 NW 74th Ct,
Hialeah, FL 33015
D.O.I.: 03/02/2020

Delivered via:
USP Certified Mail # 7020 0090 0002 0736 2693
Text Message to 786-286-9352
E-mail to <ch0523855@gmail.com>

Dear Mr. Hernandez:

Sun Terminals, Inc. sent you a Return to Work Letter dated 05/08/2020 (attached) informing you that we had received a medical report dated April 27, 2020 from Dr. Chapnik relating to your current medical condition and ability to return to work where your doctor placed you on maximum medical improvement, effective 04/27/2020.

According to the medical note, you could return to work, without any restrictions as of April, 27, 2020.

On the same day, we received a letter of representation from the office of Morales & Cerino, P.A. stating that you could not return to work due to quote: "complications resulting from the work-related accident." Later on we received another letter from the same office stating that you were voluntarily dismissing Petition for Benefits on this case. Up until today, the medical report from Dr. Chapnik releasing you back to work without any medical restrictions and putting you on Maximum Medical Improvement (MMI) is the only medical report we have on your case regarding your status to return to work.

Please note that your job position is available for you and the company is expecting you to return to work immediately. If you no longer wish to be employed by Sun Terminals, Inc. and are voluntarily resigning your job, please let us know by return mail, text or email no later than 06/11/2020. If by Thursday 06/11/2020 we have not heard back from you, the company will assume that you have voluntarily abandoned the job.

**I will return to work no later than Thursday, 06/11/2020**

_____

**Name**                          **Date**

**I do not wish to return to work and I am voluntarily resigning from my job at Sun Terminals, Inc.**

_____

**Name**                          **Date**

Please contact the undersigned in writing with any questions you might have.

Sincerely,
Isabella Montealegre, HR Manager
Text message :( 786)508-6165 E-mail: isabella.montealegre@kingocean.com

SUN_0087