# Exhibit B

| | |
|---|---|
| **From:** | Roberto Alba |
| **To:** | tblye@saenzanderson.com |
| **Cc:** | R. Martin Saenz; Adam Barnett; Stephen Wilson |
| **Subject:** | FW: Notice of Appearance - Camilo Hernandez, D/A 3/2/2020 OWCP 06331980 |
| **Date:** | Friday, July 29, 2022 4:47:44 PM |
| **Attachments:** | image001.png<br>image002.png<br>Notice of Appearance and Request to Produce.pdf |

Dear Ms. Blye,

I was reviewing the Order on the Motion for Summary Judgment for Camilo Hernandez v. King Ocean Services Limited and I may have found an issue for appeal.

It is simply incorrect that Mr. Hernandez did not respond to the June 9th letter for a return to work. Below please find the email in response to his return to work letter.

The Order on the Motion for Summary Judgment incorrectly states that we sent the response to the return to work letter on May 8, 2020 – when in fact it was on June 9, 2020. The Order also states that "Having not received a response to the June 9th letter or any updated medical records, Defendants deemed Plaintiff's job abandoned." - citing the Defendant's Statement of Facts (SOF).

The Defendant's Statement of facts is just wrong on the facts. Not sure if this is enough to overturn on appeal.

As you can see below, I personally emailed the Employer/Carrier on June 9, 2020, stating that he was currently hospitalized and that it was unclear when he could return to work. He also stated that he was not voluntarily resigning.

Please call me if you have any questions. I believe that Mr. Hernandez should consider sending this for an Appeal.

Roberto Alba, Esq.



Law Offices of Jason G. Barnett, P.A.
1132 SE 2nd Avenue
Fort Lauderdale, FL 33316
Tel: 954-618-1776
Cell: 786-564-1354
Fax: 954-618-1777

---

**From:** Roberto Alba
**Sent:** Tuesday, June 9, 2020 4:39 PM
**To:** Yesenia Vasquez-Lockhart <yesenia.vasquez-lockhart@amequity.com>
**Cc:** Adam Barnett <adam@barnettlawyers.com>
**Subject:** Notice of Appearance - Camilo Hernandez, D/A 3/2/2020 OWCP 06331980

Dear Yesenia,

Attached please find our Notice of Appearance and Request to Produce on the claim of Camilo Hernandez, D/A 3/2/2020. In the future please ensure that any communications with our client proceed through our office.

Please note that Mr. Hernandez was sent a return to work letter from his Employer asking that sign that he will either return to work on June 11, 2020 or voluntarily resign. Mr. Hernandez is currently hospitalized. It is unclear whether he can return to work on June 11, 2020. He is also not voluntarily resigning.

Best,

**Roberto Alba, Esq.**



Law Offices of Jason G. Barnett, P.A.
1132 SE 2nd Avenue
Fort Lauderdale, FL 33316
W:  (954) 618-1776
Fx:  (954) 618-1777
roberto@barnettlawyers.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify Mindy Barnett, Law Offices of Jason G. Barnett, P.A., at (954) 618-1776 or by email at roberto@barnettlawyers.com and then delete this electronic message from your computer.