# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-24632-ALTONAGA

CAMILO HERNANDEZ,

    Plaintiff,

v.

KING OCEAN SERVICES LIMITED
(CAYMAN ISLANDS) INCORPORATED
f/k/a King Ocean Services Limited and SUN
TERMINALS, INC.,

    Defendants.
_____/

**DEFENDANT, SUN TERMINALS, INC.'S RESPONSE TO
PLAINTIFF, CAMILO HERNANDEZ'S FIRST REQUEST FOR PRODUCTION**

    Defendant, Sun Terminals, Inc. ("Sun Terminals") hereby serves its responses to Plaintiff Camilo Hernandez's First Request for Production of Documents to Sun Terminal, number 1 through 50.

**OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS**

    1.    Sun Terminals objects to the Requests to the extent that they purport to impose requirements that are inconsistent with, or not required by, the Federal Rules of Civil Procedure or the Local Rules of this Court.

    2.    Sun Terminals objects to the Requests to the extent that they seek material or information protected by the attorney-client privilege, attorney work-product doctrine, or other applicable privileges or protections from disclosure. The inadvertent production of any privileged material or information is not intended to relinquish any privilege and shall not be deemed to be a waiver of any applicable privilege.

    3.    Sun Terminals objects to the Requests to the extent they seek confidential or proprietary business information, trade secrets, competitively sensitive information, personal

128165174.1

**RESPONSE:** Sun Terminals objects to this Request as not being relevant to the claims and defenses in this case. Sun Terminals refers Plaintiff to the ongoing worker's compensation proceeding to the extent that Plaintiff is seeking documents relating to worker's compensation.

43. The personnel files of all employees who filed or attempted to file a claim for worker's compensation against Defendant and were later terminated during the relevant time period.

**RESPONSE:** Sun Terminals objects to this Request as not being relevant to the claims and defenses in this case. Sun Terminals refers Plaintiff to the ongoing worker's compensation proceeding to the extent that Plaintiff is seeking documents relating to worker's compensation.

44. Defendant's entire files relating to the retirement plan for employees of Defendant and all other documents which support any Schedule B of Form 5500 for any year for which filed.

**RESPONSE:** Sun Terminals objects to this Request as not being relevant to the claims and defenses in this case.

45. Plaintiffs entire personnel file, original copy with file jacket.

**RESPONSE:** Sun Terminals will produce Plaintiff's personnel file.

46. Plaintiffs entire worker's compensation file, original copy with file jacket.

**RESPONSE:** Sun Terminals objects to this Request as not being relevant to the claims and defenses in this case. Sun Terminals refers Plaintiff to the ongoing worker's compensation proceeding to the extent that Plaintiff is seeking documents relating to worker's compensation.

47. All documents that related to communications between Plaintiff and your worker's compensation carrier's adjustor.

**RESPONSE:** Sun Terminals objects to this Request as seeking documents that may be protected by the work product or attorney client privilege. Sun Terminals states that it will produce any communications between Plaintiff and its worker's compensation carrier's adjustor within its possession.

48. All documents that related to communications between Defendant and its worker's

11

compensation carrier's adjustor.

**RESPONSE:**  Sun Terminals objects to this Request as seeking documents that may be protected by the work product or attorney client privilege.

49. All insurance policies that show both Defendants as beneficiaries.

**RESPONSE:**  Sun Terminals will produce documents responsive to this Request.

50. All insurance policies that should have been produced as part of your rule 26 disclosures.

**RESPONSE:**  None.

Dated: January 13, 2022

Respectfully submitted,

s/     *Charles Throckmorton*
Irma Reboso Solares (FBN 797073)
isolares@carltonfields.com
Charles Throckmorton (FBN 101203)
cthrockmorton@carltonfields.com
CARLTON FIELDS, P.A.
700 N.W. 1st Avenue, Suite 1200
Miami, Florida 33136
Tel: (305) 530-0050
*Attorneys for Defendants*

13

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 13, 2022, a true and correct copy of the foregoing was emailed to counsel listed below.

 Tanesha Walls Blye, Esq.
 Email: tblye@saenzanderson.com
 R. Martin Saenz
 Saenz & Anderson, PLLC
 20900 NE 30th Avenue, Ste. 800
 Aventura, Florida 33180
 Tel: (305) 503-5131

*Attorneys for Plaintiff*

               s/ *Charles Throckmorton*
               Charles Throckmorton