# Exhibit D

Isabella Montealegre
March 24, 2022

UNITED STATES DISTRICT COURT.
DISTRICT OF FLORIDA.
MIAMI DIVISION

CASE NO.: 20-cv-24632

CAMILO HERNANDEZ, and other
similarly situated individuals,

    Plaintiff(s),

-VS-

KING OCEAN SERVICES LIMITED
(CAYMAN ISLANDS) INCORPORATED
f/k/a KING OCEAN SERVICES
LIMITED (et al.),

    Defendant(s).

_____/

REMOTE DEPOSITION VIA ZOOM OF

ISABELLA MONTEALEGRE

Thursday, March 24, 2022
10:05 a.m. - 1:57 p.m.
Pages 1 - 143

| | |
|---|---|
| 1 | A    Mr. Romero filled out the supervisor |
| 2 | investigation form at the time the injury was |
| 3 | reported to him.  And I also believe Mr. Ron Flores |
| 4 | also wrote down his statement as the safety |
| 5 | supervisor as to the injury. |
| 6 | Q    Other than yourself -- is it your position |
| 7 | that Mr. Hernandez is an employee of Sun Terminals |
| 8 | today? |
| 9 |      MS. SOLARES:  Object to the form.  Asked |
| 10 |   and answered. |
| 11 |      THE WITNESS:  No.  He has never returned |
| 12 |   to work. |
| 13 | BY MS. BLYE: |
| 14 | Q    When did his employment -- when is his |
| 15 | last date of employment with Sun Terminals? |
| 16 | A    We sent him my last letter June 9th of |
| 17 | 2020 and we told him, Your job is still available, |
| 18 | please let me know by June 11th if you're coming |
| 19 | back or not.  And that's the last communication we |
| 20 | had with him.  He did not return or respond to that |
| 21 | letter. |
| 22 | Q    So on Sun Terminals' records, when is his |
| 23 | last date of employment with Sun Terminals? |
| 24 | A    I think the system has him as May 31st. |
| 25 | Q    Of 2020; correct? |

Isabella Montealegre
March 24, 2022

1  CERTIFICATE OF OATH

2

3  STATE OF FLORIDA

4  COUNTY OF BROWARD

5

6       I, Susan Bolton, Registered Professional
7  Reporter, Florida Professional Reporter, Notary
8  Public, State of Florida, certify that Isabella
9  Montealegre, remotely appeared before me on this
10 24th day of March, 2022 and was duly sworn.

11

12       Signed this 30th day of March, 2022.

13

14

15  _____
16       Susan Bolton, RPR, FPR

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF BROWARD

      I, Susan Bolton, Registered Professional Reporter, Florida Professional Reporter, certify that I was authorized to and did stenographically report the deposition of Isabella Montealegre, pages 1 through 143; and that the transcript is a true record of my stenographic notes.

      I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

      Dated this 30th day of March, 2022.

_____

Susan Bolton, RPR, FPR