# Exhibit E

```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA

          CASE NO.:  20-cv-24632-ALTONAGA


CAMILO HERNANDEZ,

          Plaintiff,
vs.

KING OCEAN SERVICES LIMITED (CAYMAN ISLANDS)
INCORPORATED, f/k/a King Ocean Services Limited,
and SUN TERMINALS, INC.

          Defendants.
_____/




              REMOTE VIDEO DEPOSITION
                         OF
                  CAMILO HERNANDEZ
               Pages 1 through 201




           Tuesday, February 15, 2022
             10:05 a.m. to 5:50 p.m.
                  Miami, Florida










         Stenographically Reported Remotely By:
             GYPSY FERREIRA-MACIAS, FPR
           Florida Professional Reporter
```

| | |
|---|---|
| 1 | right now happened between March and May of 2020, if |
| 2 | they happened, right? |
| 3 | THE INTERPRETER:  Charles, the audio |
| 4 | broke up a little bit on the dates.  Would |
| 5 | you mind repeating that? |
| 6 | MR. THROCKMORTON:  I'll repeat the whole |
| 7 | thing. |
| 8 | THE INTERPRETER:  Thank you, sir. |
| 9 | BY MR. THROCKMORTON: |
| 10 | Q.   And, sir, from my understanding in looking at |
| 11 | the medical records is that the things you were |
| 12 | talking about happened between March and May of 2020; |
| 13 | is that your understanding? |
| 14 | A.   No, no, I don't understand the question.  I |
| 15 | don't understand that part. |
| 16 | Q.   Sir, in June, Isabella Montealegre offered |
| 17 | you your job back and you didn't accept it; do you |
| 18 | recall? |
| 19 | A.   How was I going to -- how was I going to |
| 20 | accept it if I was ill?  I was still ill.  I was in no |
| 21 | condition.  It was easier for her to send the |
| 22 | letter. |
| 23 | Q.   Are you aware of any response to Ms. |
| 24 | Montealegre's June 2020 letter? |
| 25 | A.   I don't recall.  I never wanted to lose my |

Camilo Hernandez
February 15, 2022

```
 1   job.
 2       Q.   So I want to go back to the question I was
 3   asking you before about paragraph 38 of your
 4   complaint, which says, generally, that the defendants
 5   began to treat you differently, including by sending
 6   you two letters threatening that you would lose your
 7   job; is that a reference to the May 2020 and June 2020
 8   letters?
 9       A.   Correct.
10       Q.   Is there anything else that you are claiming
11   that the defendants did to treat you differently
12   because of your injury and leave of absence?
13       A.   Not to be concerned by me, they had me close
14   ADP and the benefits, asking me for medical records,
15   when I cannot -- when I cannot ask for medical records
16   since I'm admitted to a hospital, and do you think
17   that I, the way I was fucked up, I can know what a
18   medical record is or something like that?
19       Q.   Sir, I --
20       A.   May I add something?
21       Q.   Please.
22       A.   I believe that most -- I believe the most
23   inferred thing was that knowing that I was fucked up
24   from -- in my foot.  My foot was fucked up from the
25   2nd through to 5th, they didn't take me to the doctor.
```

Camilo Hernandez
February 15, 2022

1        Argumentative.
2    BY MR. THROCKMORTON:
3        Q.   Sir, I have a document that shows that on
4    June 9, 2020, when you received this message from Sun
5    Terminals, you sent it right to your lawyer; had you
6    already made the decision to sue Sun Terminals at that
7    point?
8        A.   The workers' compensation -- the workers'
9    compensation attorneys were the ones who would
10   communicate with them after May 8th.  How was I going
11   to communicate with them if I had attorneys and I was
12   ill in the hospital?  I never wanted to lose my job.
13       Q.   I'm showing you what was -- what has been
14   marked as Exhibit 30.  This was produced by you as
15   Plaintiff's Bates 119.
16       A.   Uh-huh.
17       Q.   Do you remember this, sir?
18       A.   Yes, I remember that.
19       Q.   Is this a communication between yourself and
20   Roberto Alba at the Barnett firm?
21       A.   In the -- I don't know.  The firm -- in
22   the -- in the -- I don't know what the name of the
23   firm is.  Barnett, Barnett or something like that,
24   Roberto --
25       Q.   And, sir, this says this is on June 9th, the

```
 1    same day you received the letter from Isabella
 2    Montealegre, correct?
 3         A.   Correct.
 4         Q.   And this letter -- this refers to the letter
 5    that you received from Sun Terminals, correct?
 6         A.   Correct.  When I got the letter, I did not
 7    have to communicate with Isabella because she had
 8    clearly let me know with the first letter that I did
 9    not have to communicate with her, that everything was
10    through attorneys, that I did not have to talk to her
11    at all, that everything -- that I had already retained
12    attorneys.
13         Q.   And do you know if your attorneys ever
14    communicated with Isabella Montealegre or anyone else
15    at Sun Terminals or King Ocean in response to the June
16    9 letter?
17         A.   I can't answer that question.  I was ill.  I
18    don't know anything about lawyers.  I hire attorneys
19    and they do their job, and I'm sick.
20         Q.   On June 9, you could have responded to
21    Isabella and said, I want to keep my job, right?
22         A.   I cannot answer that question.  I cannot
23    answer that because I cannot go -- I cannot enter.  I
24    cannot leave from here.  You're putting pressure on
25    me.  I feel pressured because my mind can't, can't
```

```
 1                   CERTIFICATE OF OATH

 2   STATE OF FLORIDA       )
                            ) ss.
 3   COUNTY OF MIAMI-DADE   )

 4        I, Gypsy Ferreira-Macias, Florida Professional

 5   Reporter, Notary Public, State of Florida, certify

 6   that Camilo Hernandez, the deponent, Vicente De La

 7   Vega and Claudio Duque, the Spanish interpreters,

 8   appeared before me remotely on the 15th day of

 9   February, 2022, and were duly sworn.

10        Signed this 22nd day of February, 2022.

11

12                         _____
                           Gypsy Ferreira-Macias, FPR
13                         Notary Public, State of Florida
                           Commission No.:  FF151583
14                         Exp.:  December 13, 2022

15

16

17

18

19

20

21

22

23

24

25
```