# Exhibit F

| | |
|---|---|
| **From:** | Yesenia Vasquez-Lockhart |
| **To:** | Camilo Hernandez |
| **Cc:** | Isabella Montealegre |
| **Subject:** | PHC Authorization |
| **Date:** | Friday, April 24, 2020 3:26:03 PM |
| **Attachments:** | CHernandez Auth Fax.pdf |

Camilo:
E incluido en este correo electrónico una copia de la autorización que le mande a PHC para que lo vieran para cuidado de su pie izquierdo. Como mencionado en el correo de 04/23/2020, tratamiento para otros problemas médicos no son autorizados como parte de este reclamo. Por favor de notar que si no tiene una nota del médico diciendo que no puede trabajar – no va a haber justificación para continuar sus beneficios de este reclamo. Gracias por su atención a esta comunicación.


Camilo:
I've attached the authorization faxed to PHC for them to treat you related to your left foot. Like I mentioned in my 04/23/2020 email, any treatment related to other medical issues are not authorized under this claim. Please note that if there is no medical note placing you out of work, there is no justification to continue benefits. Thank you for your attention to this communication.



**Yesenia Vasquez-Lockhart**

Claims Specialist

T: 504-262-5423  |  F: 888-453-2562

Yesenia.Vasquez-Lockhart@amequity.com


**Visit AEU's COVID-19 Resource Center for updates and guidance on responding to the novel coronavirus.**


**From:** Camilo Hernandez <ch0523855@gmail.com>
**Sent:** Friday, April 24, 2020 1:12 PM
**To:** Yesenia Vasquez-Lockhart <yesenia.vasquez-lockhart@amequity.com>
**Subject:** Re:

Yo he llamado a la clinica para dejarles saber que yo no salí positivo que si fui expuesto después por el hospital pero que ya pasaron 14 días y no ahí síntoma de virus ninguno. Ahumada así no me pueden atender, Hoy les hablé y me dijeron que van a optener una autorización del seguro para que el médico me llame por teléfono. ( Y mi único problema médico tiene que ver con el pie.) Tengo dolores del pie hacia arriba a la cadera, nalgas y Columna, tengo debilidad y fluidos en la pierna del accidente y sudores nocturnos todo puede indicar hasta una osteomielitis y no me mandan las pruebas necesarias o specialists necesarios. Y yo ya casi no me puedo ni moverme Ahumada con 4 tramándoles de 50mg Y soy un muchacho joven, Llame a mi primario ya que no he podido hablar con otro médico y ahunque el no me entendió muy bien lo que está sucediendo igual me mando un

| | |
|---|---|
| **From:** | Yesenia Vasquez-Lockhart |
| **To:** | Camilo Hernandez |
| **Cc:** | Isabella Montealegre |
| **Subject:** | RE: |
| **Date:** | Thursday, April 23, 2020 9:28:29 AM |

Buenos Días, Camilo:

Llame a la clínica de PHC y me informaron que usted no ha regresado porque tiene el virus. Si usted ha sido probado para el virus y esta negativo, por favor regrese a la clínica para obtener una opinión tocante su pie.

Por favor de notar que este reclamo es solo para el tratamiento médico de su pie izquierdo. Si usted necesita tratamiento médico para otros problemas, por favor de usar su seguro personal.

Gracias por su atención a esta comunicación.

---

Good Morning, Camilo:

I called the PHC clinic and they advised me that you informed them that you can not return to your follow up for the foot due to the covid virus. If you tested negative for the virus, please return to the clinic for status of your foot injury.

Please note that this claim is only for treatment of your left foot. If you need treatment for other medical problems, please use your personal insurance.

Thank you for your attention to this communication.


**Yesenia Vasquez-Lockhart**
Claims Specialist
T: 504-262-5423  |  F: 888-453-2562
Yesenia.Vasquez-Lockhart@amequity.com

**Visit AEU's COVID-19 Resource Center for updates and guidance on responding to the novel coronavirus.**

**From:** Camilo Hernandez <ch0523855@gmail.com>
**Sent:** Wednesday, April 22, 2020 2:56 PM
**To:** Yesenia Vasquez-Lockhart <yesenia.vasquez-lockhart@amequity.com>
**Subject:**

I been calling and writing to you because I need to speak to you in reference to my case I have my

| | |
|---|---|
| **From:** | Yesenia Vasquez-Lockhart |
| **To:** | Camilo Hernandez |
| **Cc:** | Isabella Montealegre |
| **Subject:** | RE: |
| **Date:** | Thursday, April 30, 2020 1:54:16 PM |

Good afternoon, Camilo:

Please provide me with **all** of your medical records (from all hospital visits) and I will review to determine if any additional treatment will be approved under this claim.

Thank you and I hope you feel better soon.

Sincerely,
**Yesenia Vasquez-Lockhart**
Claims Specialist
T: 504-262-5423  |  F: 888-453-2562
Yesenia.Vasquez-Lockhart@amequity.com

**Visit AEU's COVID-19 Resource Center for updates and guidance on responding to the novel coronavirus.**

**From:** Camilo Hernandez <ch0523855@gmail.com>
**Sent:** Thursday, April 30, 2020 12:51 PM
**To:** Yesenia Vasquez-Lockhart <yesenia.vasquez-lockhart@amequity.com>
**Subject:**

Yesenia
Ud me dice que se le a informada que tengo abogado. Pero disculpe ud no me ha preguntado a mi a la persona a quien debió hacerle la pregunta de si obtuve o No un abogado y al no preguntarme a mi entonces puede estar mal informada por un mal entendido y eso entra en la categoría de el dijo; ella dijo.  y eso no es correcto.
Yo estoy hospitalizado y ahunque si he contemplado la idea de llamar a un abogado ya que su Doctor el de la clinica del workers compensation me amenazó con llamar al abogado de el y me recomendó llamar yo a uno tambien cuando le exigí verme por mis dolores de la pierna causados desde el accidente ahun así no lo he hecho ya que mi problema de salud a tenido prioridad. Y creo  que uds tienen la responsabilidad legal de mandarme a los doctores y specialists adecuados para lidiar con este trauma tan horrible en el que me encuentro debido a ese desafortunado accidente de trabajo. Y no tener que llegar a la decisión de tener que involucrar abogados tal y como me lo recomendó su doctor cuando esto puede tener una solución correcta para mi problema.
Déjeme saber que vamos a resolver ya que el hospital dice que es una infección en la cadera debido a un trauma y probablemente necesite cirugía, más ellos no la pueden hacer ya que no estoy en estado crítico de vida o muerte y es la única forma donde ellos hacen una cirugía de inmediato.
Esto se causó debido a ese accidente al sacudir fuertemente el pie cuando me estaba quemando o al bajarme apurado del andamio, no se, pero fue después de ese desafortunado accidente antes de eso yo era una persona completamente sana y tengo récords médicos que lo prueban y solo Quiero

**SUN_0352**

| | |
|---|---|
| **From:** | Yesenia Vasquez-Lockhart |
| **To:** | Camilo Hernandez |
| **Cc:** | Isabella Montealegre |
| **Subject:** | RE: Camilo |
| **Date:** | Tuesday, April 28, 2020 2:09:03 PM |

Buenos dias, Camilo:

Se ma informado que usted tiene abogado.  Esto significa que yo no puedo hablar o comunicarme con usted.

Tenga buen dia.

---

Hello, Camilo:

I've been informed that you are represented.  This means that I am no longer able to speak or communicate with you.

Have a great day.

**Yesenia Vasquez-Lockhart**

Claims Specialist

T: 504-262-5423  |  F: 888-453-2562

Yesenia.Vasquez-Lockhart@amequity.com

**Visit AEU's COVID-19 Resource Center for updates and guidance on responding to the novel coronavirus.**

**From:** Camilo Hernandez <ch0523855@gmail.com>
**Sent:** Tuesday, April 28, 2020 12:57 PM
**To:** Yesenia Vasquez-Lockhart <yesenia.vasquez-lockhart@amequity.com>
**Subject:** Camilo

Buenas tarde estoy engrasado nesesito el los papeles del reporte de cuando mi accidente por favor q se iso con el supervisor en el puerto gracias

This e-mail and any attachments may contain information that is privileged or confidential and is meant solely for the use of person(s) to whom it was intended to be addressed. If you have received this e-mail by mistake, or you are not the intended recipient, you are not authorized to read, print, keep, copy or distribute this message, attachments, or any part of the same. If you have received this email in error, please immediately inform the author and permanently delete the original, all copies and any attachments of this email from your computer. Thank you amwins.com

# Isabella Montealegre

| | |
|---|---|
| **From:** | Yesenia Vasquez-Lockhart <yesenia.vasquez-lockhart@amequity.com> |
| **Sent:** | Thursday, April 30, 2020 1:54 PM |
| **To:** | Camilo Hernandez |
| **Cc:** | Isabella Montealegre |
| **Subject:** | RE: |

Good afternoon, Camilo:

Please provide me with **all** of your medical records (from all hospital visits) and I will review to determine if any additional treatment will be approved under this claim.

Thank you and I hope you feel better soon.

Sincerely,
**Yesenia Vasquez-Lockhart**
Claims Specialist
T: 504-262-5423  |  F: 888-453-2562
Yesenia.Vasquez-Lockhart@amequity.com

**Visit AEU's COVID-19 Resource Center for updates and guidance on responding to the novel coronavirus.**

**From:** Camilo Hernandez <ch0523855@gmail.com>
**Sent:** Thursday, April 30, 2020 12:51 PM
**To:** Yesenia Vasquez-Lockhart <yesenia.vasquez-lockhart@amequity.com>
**Subject:**

Yesenia
Ud me dice que se le a informada que tengo abogado. Pero disculpe ud no me ha preguntado a mi a la persona a quien debió hacerle la pregunta de si obtuve o No un abogado y al no preguntarme a mi entonces puede estar mal informada por un mal entendido y eso entra en la categoría de el dijo; ella dijo.  y eso no es correcto.
Yo estoy hospitalizado y ahunque si he contemplado la idea de llamar a un abogado ya que su Doctor el de la clinica del workers compensation me amenazó con llamar al abogado de el y me recomendó llamar yo a uno tambien cuando le exigí verme por mis dolores de la pierna causados desde el accidente ahun así no lo he hecho ya que mi problema de salud a tenido prioridad. Y creo  que uds tienen la responsabilidad legal de mandarme a los doctores y specialists adecuados para lidiar con este trauma tan horrible en el que me encuentro debido a ese desafortunado accidente de trabajo.
Y no tener que llegar a la decisión de tener que involucrar abogados tal y como me lo recomendó su doctor cuando esto puede tener una solución correcta para mi problema.
Déjeme saber que vamos a resolver ya que el hospital dice que es una infección en la cadera debido a un trauma y probablemente necesite cirugía, más ellos no la pueden hacer ya que no estoy en estado crítico de vida o muerte y es la única forma donde ellos hacen una cirugía de inmediato.
Esto se causó debido a ese accidente al sacudir fuertemente el pie cuando me estaba quemando o al bajarme apurado del andamio, no se, pero fue después de ese desafortunado accidente antes de eso yo era una persona completamente sana y tengo récords médicos que lo prueban y solo Quiero volver a serlo. despues del accidente 2 semanas despues me vi obligado a ir a 3 hospitales y siempre con la queja de dolor. ya que su Doctor de la clinica del workers compensation se nego a verme. ud como culaquiera sabe que despues de un accidente los dolores / sintomas  pueden salir semanas, meses despues yo a las dos semanas me estaba quejando.. y segun ese inepto que me estaba atendiendo en su clinica eso no es asi.

SUN_0407