# Exhibit G










Isabelita Human Resources Port>

has tried to contact you. I encourage you to call her as soon as possible. Regards

I have called Yesenia

And she doesn't answer

Isabel you did hear from me, a document from my first attorney about my medical situation and why I did not return. And Mrs. Yesenia has never tried to communicate with me, on the contrary, me and my wife have called her and left messages and she never communicated with me. But thank you for your response.

Delivered

I have not received any medical documents

Tue, jun. 9 12:47 p. m.



Return to Work Letter-Ca...



PL00239





PL 000264



PL 000265



PL 000270